KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant SANTIAGO VASQUEZ-SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV-F-08-114 AWI |
| Plaintiff, ) | STIPULATION AND REQUEST FOR ORDER TO ADVANCE SENTENCING FROM JUNE 30, 2008 at 9:00 am to JUNE 23, 2008 at 9:00 am |
| v. ) | New Date: June 23, 2008<br>Time: 9:00 a.m.<br>Dept: AWI |
| SANTIAGO VASQUEZ-SANCHEZ, ) | |
| Defendant. ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant that the sentencing date previously set for June 30, 2008 at 9:00 a.m. may be advanced to June 23, 2008, as no objections to the PSR have been filed and the parties are ready to proceed to the sentencing hearing.

DATE: June 11, 2008          /s/ Katherine Hart
                              KATHERINE HART, Attorney for Defendant


DATED: June 11, 2008         /s/  Kimberly Sanchez
                              KIMBERLY SANCHEZ, AUSA

1

ORDER

Based on the stipulation between counsel, it is hereby ordered that the sentencing date in the case of United States v. Santiago Vasquez-Sanchez, Case No. CR-F-08-114 AWI, be advanced from June 30, 2008 to June 23, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   June 13, 2008**              /s/ **Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

2